MINUTE ENTRY
VAN MEERVELD, M.J.
APRIL 13, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-178 |
| LAURANCE WILSON | SECTION: E |

A determination of counsel hearing was set this date before U.S. Magistrate Judge Janis van Meerveld.

PRESENT BY VIDEO:   Jonathan Shih, Asst. U.S. Attorney
David Courcelle & Scott Stansbury, Counsel for Defendant
Laurance Wilson, Defendant

Defendant informed the court that counsel has been retained. Counsel for the defendant will file a motion to enroll.

The defendant was remanded to the custody of the U.S. Marshal.

_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:02