UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 21-178 |
| LAURANCE WILSON | SECTION: "E" |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record (R. Doc. 20);

**IT IS ORDERED** that the Motion to Enroll as Counsel of Record is hereby **GRANTED**. David I. Courcelle (La. Bar. No 23696) and Scott C. Stansbury (La.Bar. No. 34777) with the Law Office of David I. Courcelle, LLC, are hereby entered and enrolled as counsel of record for defendant, Laurance Wilson, in the above numbered and entitled proceeding.

New Orleans, Louisiana, this 14th day of April, 2022.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE