UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-178 |
| v. | * | SECTION: "E" |
| LAURANCE WILSON | * | |
| * * * | | |

### O R D E R

Considering the foregoing;

**IT IS ORDERED** that Michael Trummel be substituted for Jonathan L. Shih as counsel of record for the United States of America in the above-captioned case.

**IT IS FURTHER ORDERED** that Jonathan Shih be and is hereby withdrawn as counsel of record for the United States of America in the above-captioned matter.

**New Orleans, Louisiana, this 26th day of July, 2022.**

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE