UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-178 |
| LAURANCE WILSON | SECTION: "E" |

RE-NOTICE OF PRETRIAL CONFERENCE AND JURY TRIAL

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take notice that this criminal case has been reset for **Jury Trial** on **October 3, 2022** at **9:00 a.m.,** before Judge Susie Morgan, 500 Poydras St., New Orleans, LA. A **Pre-Trial Conference** will be held on **September 7, 2022,** at **11:00 a.m.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: August 5, 2022 | CAROL L. MICHEL, CLERK |
| | by: Brad Newell, Deputy Clerk |

TO:

| | |
|---|---|
| Laurance Wilson (**DETAINED**) | AUSA: Jonathan L. Shih, T.A. |
| **COUNSEL FOR LAURANCE WILSON:** David I. Courcelle and Scott C. Stansbury, Retained | U.S. Marshal |
| | U.S. Probation & Pre-Trial Services Unit |
| | ATF: Matt Richard, SA |
| | Interpreter: **NONE** |

**If you change address, notify clerk of court by phone, 504-589-7714**